IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                          21cr393

VS.

COURTNEY CARTER,                                   Electronically Filed

      Defendant.

<u>JOINT STATUS REPORT</u>

AND NOW, comes the Defendant, Courtney Carter, by and through his attorney, Patrick K. Nightingale, Esq., who brings the within Joint Status Report in support thereof sets forth the following:

1.      Pursuant to Order of Court the parties have conferred to discuss the status of this matter and whether Mr. Carter consents to United States Probation's request for location monitoring.

2.      Mr. Carter has advised his attorney that he intends to reside at Angel's Light halfway house for six months upon his discharge from inpatient rehabilitation on October 30, 2025.

3.      Mr. Carter does not agree with Probation's request for location monitoring.

4.      Accordingly, a hearing on Probation's request to modify the terms of supervision appears warranted.

Respectfully Submitted,

/s/ *Patrick K. Nightingale*

Patrick K. Nightingale, Esquire
PA I.D. # 76015
Attorney for Defendant
304 Ross Street, Suite 400
Pittsburgh, PA  15219
412.454.5582
412.454.5583 (facsimile)
pknlaw@mac.com