IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
) Cr. No. 21-393
v. )
)
)
COURTNEY CARTER )

## JOINT STATUS REPORT

AND NOW COME the Defendant, through his Counsel, Patrick K. Nightingale, Esq., and

the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western

District of Pennsylvania, and Barbara K. Doolittle, Assistant United States Attorney for said

District, and file the within Joint Status Report, and in support thereof, aver as follows:

1.      Pursuant to Order of Court the parties have conferred and have also conferred

with Mr. Carter's assigned U.S. Probation Officer to discuss the status of this matter.

2.      The parties understand that the U.S. Probation Office intends to share additional

information with the Court regarding Mr. Carter's behavior while under supervision.

3.      The parties believe that a hearing will be necessary to address any additional

petitions filed by the U.S. Probation Office.

Respectfully submitted,

/s/ *Patrick K. Nightingale*
PATRICK K. NIGHTINGALE, Esq.
Counsel for Courtney Carter
PA I.D. # 76015

/s/ Barbara K. Doolittle
BARBARA K. DOOLITTLE
Assistant U.S. Attorney
PA I.D. # 204338